## Shepherd Estate.

Argued November 12, 1957. Before JONES, C. J., BELL, CHIDSEY, MUSMANNO, ARNOLD, JONES and COHEN, JJ.

*Joseph W. deFuria,* with him *deFuria, Larkin and deFuria,* for appellant.

*Edward D. McLaughlin,* for appellee.

OPINION PER CURIAM, January 6, 1958:

The decree of the lower Court is affirmed on the able opinion of Judge DIGGINS dated February 2, 1956, which is reported in 10 Pa. D. & C. 2d 712. Each party shall pay their own costs.